1  TIANA S. BAHERI (State Bar No. 318556)
   Tia.Baheri@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

| In Re 17 U.S.C. §512(h) Subpoena to  TONIC DOMAINS CORPORATION | Case Number:  2:23-mc-00007  **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc.
3   through undersigned counsel and its authorized representatives, hereby requests that
4   the Clerk of this Court, pursuant to the Digital Millennium Copyright Act
5   ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Tonic
6   Domains Corporation to identify alleged infringers, as set forth in the attached
7   notice and declaration of Jan van Voorn.

9   DATED: January 23, 2023        MUNGER, TOLLES & OLSON LLP

11                                             By:     */s/ Tiana S. Baheri*
12                                                     TIANA S. BAHERI

13                                         Attorney for Motion Picture Association, Inc.